# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ANTHONY BOUKNIGHT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil No. 06-2118 (RMU)** |
| **v.** | ) | |
| | ) | |
| **D.C. FIRE AND EMS** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA** | ) | |
| **GOVERNMENT,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## DISTRICT OF COLUMBIA'S MOTION FOR AN ADDITIONAL FORTY-FIVE DAYS TO FILE A RESPONSE TO THE COMPLAINT

Defendant District of Columbia, by and through undersigned counsel, hereby submits this request for the Court to grant it an additional forty-five (45) days to file a response to the Complaint.[1] A Memorandum of Points and Authorities and a proposed order is attached hereto.

Pursuant to Local Rule 7, on January 19, 2007, undersigned counsel spoke to Donna Williams Rucker, Esq., counsel for the plaintiff, who indicated that the plaintiff consented to a 30-day extension of time to file a response to the Complaint.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____
[1] In filing this Motion, the District does not waive service.

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III


_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov


_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANTHONY BOUKNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Civil No. 06-2118 (RMU)** |
| v. | ) | |
| | ) | |
| D.C. FIRE AND EMS | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| GOVERNMENT, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT OF COLUMBIA'S MOTION FOR AN ADDITIONAL FORTY-FIVE DAYS TO FILE A RESPONSE TO THE COMPLAINT</u>

Defendant District of Columbia, by and through undersigned counsel, hereby submits this request for the Court to grant them an additional forty-five (45) days to file a response to the Complaint. In support of the relief requested herein, the District states as follows:

On December 13, 2006, the plaintiff filed an employment discrimination Complaint and named D.C. Fire and EMS and the District as defendants.[2] Undersigned counsel just recently received a copy of this Complaint.

_____

[2] As a preliminary matter, Fire and EMS is *non sui juris*. *See Tibbs v. Williams*, 2002 U.S. Dist. LEXIS 26324 *10 ("Plaintiff's claims against the Distric t of Columbia Fire and EMS Department Fire Prevention Bureau ("Bureau") must be dismissed as the Bureau is a *non sui juris* entity and therefore is not amenable to suit.").

The District may file a dispositive motion, but undersigned counsel first needs an opportunity to obtain any documentation relevant to the plaintiff's allegations and/or speak to any witnesses.   Additionally, based on telephone conversations with Ms. Rucker and a review of one of the green card return receipts that was faxed to undersigned counsel purporting to show service via certified, it is the Office of the Attorney General's position that it will likely challenge certified mail service in its motion.[3]

Accordingly, the District respectfully requests an additional forty-five days to file a response to the Complaint so that the Office of the Attorney General can obtain relevant documentation and to speak to any witnesses in order to prepare and file, if necessary, a dispositive motion that addresses service and/or other substantive issues.  The District submits that this request is reasonable.  Moreover, the plaintiff will not be prejudiced by this brief delay.

WHEREFORE, the District respectfully requests the relief sought herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

_____/s/_____
DANA K. DELORENZO [468306]
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.

---

[3] Although it was the hope of undersigned counsel that the parties could resolve the service issue without resorting to motions, it appears at this point that such a result will be unlikely.

Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov


_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY BOUKNIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 06-2118 (RMU) |
| v. | ) | |
| | ) | |
| D.C. FIRE AND EMS | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| GOVERNMENT, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER GRANTING DISTRICT OF COLUMBIA'S MOTION FOR AN ADDITIONAL FORTY-FIVE DAYS TO FILE A RESPONSE TO THE COMPLAINT

Upon consideration of the Defendant's Motion for An Additional Forty-five (45) Days to File A Response to the Complaint, any opposition thereto, and the facts and law considered, it is this ____ day of _____, 2007,

HEREBY ORDERED that the Defendant's Motion is GRANTED; and it is further

ORDERED that the District shall respond to the Complaint on or before March 5, 2007.

_____
The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia

6