UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOUKNIGHT, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Civil No. 06-2118 (RMU) |
| v. | ) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| GOVERNMENT | ) |
| (FIRE AND EMS DEPARTMENT), | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

**DISTRICT OF COLUMBIA'S CONSENT MOTION TO HAVE UNTIL MARCH 5, 2007 TO FILE A RESPONSE TO THE AMENDED COMPLAINT**

    Defendant District of Columbia, by and through undersigned counsel, hereby submits this request for the Court to allow it to file a response to the Amended Complaint on or before March 5, 2007, which was the deadline that was previously ordered by the Court to file a response to the original Complaint.[1]  A Memorandum of Points and Authorities and a proposed order is attached hereto.

    Pursuant to Local Rule 7, on February 8, 2007, undersigned counsel spoke to Donna Williams Rucker, Esq., counsel for the plaintiff, who indicated that the plaintiff consented to the relief requested herein.

                                                                       Respectfully submitted,

                                                                       LINDA SINGER
                                                                       Acting Attorney General for the District of Columbia

                                                                       GEORGE C. VALENTINE
                                                                       Deputy Attorney General

---

[1] In filing this Motion, the District does not waive service.

Civil Litigation Division


_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III



_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov


_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY BOUKNIGHT,           )<br>                                                     )<br>           Plaintiff,                       )<br>                                                     )   Civil No. 06-2118 (RMU)<br>    v.                                           )<br>                                                     )<br>DISTRICT OF COLUMBIA      )<br>GOVERNMENT                        )<br>(FIRE AND EMS DEPARTMENT),   )<br>                                                     )<br>           Defendant.                    )<br>_____) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DISTRICT OF COLUMBIA'S CONSENT MOTION TO HAVE UNTIL MARCH 5, 2007 TO FILE A RESPONSE TO THE AMENDED COMPLAINT**

Defendant District of Columbia, by and through undersigned counsel, hereby submits this request for the Court to allow it to file a response to the Amended Complaint on or before March 5, 2007, which was the deadline that was previously ordered by the Court to file a response to the original Complaint. In support of the relief requested herein, the District states as follows:

On December 13, 2006, the plaintiff filed an employment discrimination Complaint and named D.C. Fire and EMS and the District as defendants. On January 19, 2007, the District filed a motion to have an additional forty-five days to respond to the Complaint. On January 22, 2007, the Court issued a minute order, in which it granted the District's Motion and directed the defendant to file a response to the Complaint on or before March 5, 2007. On February 1, 2007, the plaintiff filed an Amended Complaint.

Out of an abundance of caution, the District is filing the instant motion, to ensure that it has until March 5, 2007 to respond to the Amended Complaint. The District submits that this

3

request is reasonable. Moreover, the plaintiff will not be prejudiced by this brief delay, as the Court previously ordered the defendant to respond to the original Complaint by March 5, 2007.

WHEREFORE, the District respectfully requests the relief sought herein.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

_____/s/_____
DANA K. DELORENZO [468306]
Assistant Attorney General
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
(202) 727-3625 (fax)
E-Mail: dana.delorenzo@dc.gov

_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANTHONY BOUKNIGHT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil No. 06-2118 (RMU)** |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| **GOVERNMENT** ) | |
| **(FIRE AND EMS DEPARTMENT),** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**<u>ORDER GRANTING DISTRICT OF COLUMBIA'S CONSENT MOTION TO HAVE UNTIL MARCH 5, 2007 TO FILE A RESPONSE TO THE AMENDED COMPLAINT</u>**

Upon consideration of the Defendant's Motion and the facts and law considered, it is this

____ day of _____, 2007,

HEREBY ORDERED that the Defendant's Motion is GRANTED; and it is further

ORDERED that the District shall respond to the Amended Complaint on or before March 5, 2007.

_____
The Honorable Ricardo M. Urbina
United States District Court for the District of Columbia

5