UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY BOUKNIGHT | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 06-2118 (RMU) |
| DISTRICT OF COLUMBIA GOVERNMENT (FIRE AND EMS DEPARTMENT), | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

Will the Clerk of the Court please enter the appearance of Assistant Attorney General James H. Vricos as attorney for the District of Columbia.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov