# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Anthony Bouknight

Plaintiff,

vs.

District of Columbia Government
(D.C. Fire and E.M.S. Department)

Defendants.

CASE No.: 1:06-cv-2118
Judge Urbina

## AFFIDAVIT OF SERVICE

I, Michael Clark do hereby certify and return that I am a competent individual over eighteen years of age and not a party to the above entitled action.

I swear and affirm that on February 5, 2007 at 12:29 p.m. Tabatha Braxton Staff Assistant, Office of the Secretary for the Honorable Adrian Fenty accepted service and was served the following documents a summons in a civil case filed February 1, 2007 and a Amended complaint for damages and equitable relief. This was served at 1350 Pennsylvania Avenue N.W. room 419 Washington D.C. 20004.

I do solemnly swear and affirm under the penalties of perjury that the matters and facts set forth herein are true complete and accurate to the best of my knowledge.

Michael Clark
B & B Process Servers
P.O. Box 68
Lanham, Maryland 20703

Subscribed to and sworn to before
me this ___ day of _____, 2007

_____ Notary Public
_____ County, _____
My commission expires: __C/ 17 / 2009__

ANGENA L. MOSLEY
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires June 17, 2009