## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY BOUKNIGHT, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil No. 06-2118 (RMU)** |
| **v.** | ) | |
| | ) | |
| DISTRICT OF COLUMBIA | ) | |
| GOVERNMENT | ) | |
| (FIRE AND EMS DEPARTMENT), | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### PRAECIPE OF WITHDRAWAL OF APPEARANCE

Will the Court please note the withdrawal of Assistant Attorney General Dana K.

DeLorenzo as counsel for the defendant District of Columbia.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

_____/s/_____
DANA K. DELORENZO
Assistant Attorney General
Bar Number 468306
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 724-6515
Email: dana.delorenzo@dc.gov