UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ANTHONY BOUKNIGHT, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.: 06-2118 (RMU) |
| | : | |
| v. | : | Document Nos.:  8, 9 |
| | : | |
| DISTRICT OF COLUMBIA GOVERNMENT, | : | |
| | : | |
| Defendant. | : | |

## ORDER

### DENYING WITHOUT PREJUDICE THE DEFENDANT'S MOTION TO DISMISS; DENYING WITHOUT PREJUDICE THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the accompanying Memorandum Opinion, it is this 10th day of March, 2008,

**ORDERED** that the defendant's motion to dismiss, or in the alternative motion for summary judgment are **DENIED without prejudice**; and it is

**FURTHER ORDERED** that on or before March 24, 2008, the plaintiff provide a more definite statement of the defendant's alleged "harassment" and "threat[s of] other disciplinary action"; and it is

**ORDERED** that the defendant shall respond to the plaintiff's submission on or before April 14, 2008.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge