SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| JUANITRA CASHWELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-4079 |
| ) | Calendar No.7 |
| ) | Judge Hedge |
| DISTRICT OF COLUMBIA ) | Next Event: Trial |
| ) | April 21, 2008 |
| Defendant ) | |

**PRAECIPE OF WITHDRAWAL AND ENTRY OF APPEARANCE**

Will the Clerk of the Court please withdraw the appearance of Assistant Attorney General David Jackson and Section Chiefs Phillip A. Lattimore and Nicole Lynch as attorneys for the District of Columbia in this case and enter the appearance of Assistant Attorney General Ronald W. Gill as attorney for the District of Columbia, and Toni Michelle Jackson, interim Chief, Civil Litigation.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General, for the,
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

TONI MICHELLE JACKSON (453765)
Interim Chief, Civil Litigation, Section III

_____/s/_____
DAVID JACKSON [471535]
Assistant Attorney General
Judiciary Square, Room 6S 048
441 4th Street N.W.
Washington, D.C. 20001

          Direct Line: (202) 724-6618  
          Facsimile: (202) 727-3625  
          Email: David.Jackson@DC.Gov.

By:          /s/  
          Ronald W. Gill, Esq.  
          Assistant Attorney General  
          Civil Litigation Division, Section III  
          441 4th Street N.W., 6th floor South  
          Washington, D.C. 20001  
          Direct Line: (202) 741-0760  
          E-mail: ronaldw.gill@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21 day of March 2008, I caused the foregoing PRAECIPE OF WITHDRAWAL AND ENTRY OF APPEARANCE to be filed with the Clerk of the Court using the Case File Xpress system, which will send notification of such filing to:

William C. Johnson, Jr., Esq.  
1229 15th Street NW  
Washington, DC 20005

_____  
Ronald W. Gill  
Assistant Attorney General

2