### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY BOUKNIGHT.    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Civil Action No.: 1:06-02118 (RMU) |
| ) | |
| DISTRICT OF COLUMBIA    ) | **DEFENDANT DISTRICT OF COLUMBIA'S** |
| ) | **NOTICE OF APPEARANCE** |
| Defendant.    ) | |
| ) | |

TO:   Clerk of Court.

TO:   All parties.

PLEASE TAKE NOTICE that on this 25TH day of March, 2008, RONALD W. GILL is entering his appearance as counsel for the Defendant, the District of Columbia pursuant to Fed. R. Civ. P. 5(a). It is further requested that the Clerk respectfully withdraw the appearance of prior counsel, JAMES H. VRICOS. Service of pleadings and all correspondence in this matter should be sent to Mr. Gill at his Washington, D.C. office address below.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/Toni Michelle Jackson
TONI MICHELLE JACKSON (453765)
Interim Chief, Civil Litigation, Section III

/s/ Ronald W. Gill
RONALD W. GILL [975414]
Assistant Attorney General
441 Fourth Street, N.W., Suite 6N110
Washington, D.C. 20001
(202) 741-0760
(202) 727-3625 (fax)
Email: ronaldw,gill@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was sent on 25TH day of March, 2008, by electronic service to the following:

Donna Williams Rucker, Esq.
Duboff and Associates, Chartered
Plaintiff's Counsel
8401 Colesville Road, Suite 501
Silver Spring Maryland, MD 20910

/s/ Ronald W. Gill
RONALD W. GILL
Assistant Attorney General