IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| **ANTHONY BOUKNIGHT** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:06-cv-2118 |
| v. ) | Judge Urbina |
| ) | |
| **DISTRICT OF COLUMBIA GOVERNMENT** ) | |
| ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

**FIRST DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

**JURISDICTION AND VENUE**

The District responds to the numbered paragraphs in like-numbered paragraphs as follows:

1. Defendant admits the existence of the cited statutes, but denies that this Court has jurisdiction hereunder.

2. Defendant admits that the alleged events occurred within the District of Columbia, but denies that Venue is appropriate.

3. The allegations contained in paragraph 3 of the complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

4.	The allegations contained in this paragraph of the complaint are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same are denied.

## **FACTS**

5.	Defendant re-alleges and incorporates herein by reference its answers to Paragraphs 1-4, above.

6.	Defendant's admit the allegations contained in paragraph 6 of the complaint.

7.	Defendant's admit the allegations contained in paragraph 7 of the complaint.

8.	Defendant is without sufficient information to admit or deny the allegations in this paragraph. To the extent a response is required, the allegations in this paragraph are denied.

9.	Defendant is without sufficient information to admit or deny the allegations in this paragraph. To the extent a response is required, the allegations in this paragraph are denied.

10.	The allegations contained in paragraph  of the complaint are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same are denied.

11.	The allegations contained in this paragraph of the complaint are conclusions of law and/or of the pleader to which no response is required.  If a response is required, then the same are denied.

12. The allegations contained in this paragraph of the complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

13. The allegations contained in this paragraph of the complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

14. The allegations contained in this paragraph of the complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

15. The allegations contained in this paragraph of the complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

16. The allegations contained in this paragraph of the complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

17. Defendant's admit the allegations contained in paragraph 17 of the complaint.

18. Defendant's admit the allegations contained in paragraph 18 of the complaint.

19. Defendant is without sufficient information to admit or deny the allegations in this paragraph. To the extent a response is required, the allegations in this paragraph are denied.

20. Defendant is without sufficient information to admit or deny the allegations in this paragraph. To the extent a response is required, the allegations in this paragraph are denied.

21. Defendant is without sufficient information to admit or deny the allegations in this paragraph. To the extent a response is required, the allegations in this paragraph are denied.

22. Defendant's deny the allegations contained in paragraph 22 of the complaint.

23. Defendant's deny the allegations contained in paragraph 23 of the complaint.

24. Defendant is without sufficient information to admit or deny the allegations in this paragraph. To the extent a response is required, the allegations in this paragraph are denied.

25. Defendant's deny the allegations contained in paragraph 25 of the complaint.

26. Defendant is without sufficient information to admit or deny the allegations in this paragraph. To the extent a response is required, the allegations in this paragraph are denied.

27. Defendant's admit the allegations contained in paragraph 27 of the complaint.

28. Admit, except to deny that that "plaintiff was threatened with other disciplinary action.

29. Defendant's deny the allegations contained in paragraph 29 of the

complaint.

    30.    Defendant's Deny the allegations contained in paragraph 30 the complaint, except to admit that the plaintiff was charged with insubordination, and recommended a 30-day suspension without pay and non public contact.

    31.    The allegations contained in this paragraph of the complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

    32.    Defendant's deny the allegations contained in paragraph 32 of the complaint.

    33.    Defendant is without sufficient information to admit or deny the allegations in this paragraph. To the extent a response is required, the allegations in this paragraph are denied.

    34.    Defendant's deny the allegations contained in paragraph 34 of the complaint.

    35.    The allegations contained in this paragraph of the complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

    36.    Defendant's admit the allegations contained in paragraph 36 of the complaint.

    37.    Defendant is without sufficient information to admit or deny the allegations in this paragraph. To the extent a response is required, the allegations in this paragraph are denied.

    38.    Defendant's admit the allegations contained in paragraph 38 of the

complaint.

39. Defendant is without sufficient information to admit or deny the allegations in this paragraph. To the extent a response is required, the allegations in this paragraph are denied.

40. Defendant is without sufficient information to admit or deny the allegations in this paragraph. To the extent a response is required, the allegations in this paragraph are denied.

41. The allegations contained in this paragraph of the complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

42. Defendant is without sufficient information to admit or deny the allegations in this paragraph. To the extent a response is required, the allegations in this paragraph are denied.

43. Defendant's deny the allegations contained in paragraph 43 of the complaint.

44. Defendant is without sufficient information to admit or deny the allegations in this paragraph. To the extent a response is required, the allegations in this paragraph are denied.

45. Defendant's deny the allegations contained in paragraph 45 of the complaint.

46. Defendant's deny the allegations contained in paragraph 46 of the complaint.

## COUNT 1

47. Defendant re-alleges and incorporates herein by reference its answers to Paragraphs 1-46, above.

48. The allegations contained in this paragraph of the complaint are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

49. Defendant's deny the allegations contained in paragraph 49 of the complaint.

50. Defendant's deny the allegations contained in paragraph 50 of the complaint.

51. Defendant's deny the allegations contained in paragraph 51 of the complaint.

52. Defendant's deny the allegations contained in paragraph 52 of the complaint.

53. Defendant's deny the allegations contained in paragraph 53 of the complaint.

54. Defendant's deny the allegations contained in paragraph 54 of the complaint.

55. Defendant's deny the allegations contained in paragraph 55 of the complaint.

56. Defendant's deny the allegations contained in paragraph 56 of the complaint.

57. Defendant's deny the allegations contained in paragraph 57 of the complaint.

58  Defendant's deny the allegations contained in paragraph 58 of the complaint.

59. Defendant's deny the allegations contained in paragraph 59 of the complaint.

## COUNT II

60. Defendant re-alleges and incorporates herein by reference its answers to Paragraphs 47-59 above.

61. This Defendant denies all allegations of Wrong-doing and that plaintiff is not entitled to his requested relief.

62. This Defendant denies all allegations of Wrong-doing and that plaintiff is not entitled to his requested relief.

63. This Defendant denies all allegations of Wrong-doing and that plaintiff is not entitled to his requested relief.

BY WAY OF FURTHER ANSWER, this Defendant denies all allegations of Wrong-doing not otherwise responded to or admitted.

## SECOND DEFENSE

Plaintiffs have failed to exhaust their administrative remedies.

## THIRD DEFENSE

If Plaintiffs were injured and damaged as alleged in the complaint, said injuries and damages were the result of the act or acts of a person or persons other than this Defendant, or the District of Columbia's agents, servants and employees acting within the course and scope of their employment.

## FOURTH DEFENSE

Plaintiff unreasonably failed to take advantage of the reasonable preventive and corrective opportunities provided by Defendant.

## FIFTH DEFENSE

The District is not vicariously liable and asserts the *Faragher-Ellerth* defense.

## SIXTH DEFENSE

Plaintiffs may have failed to comply with the mandatory notice requirements of D.C. Code §12-309 (1981 ed.).

## SEVENTH DEFENSE

Plaintiffs' claims may be barred by the applicable statutes of limitation.

## EIGHTH DEFENSE

This Defendant will rely on all defenses lawfully available to it, including, but not limited to, those already asserted herein.

### NINTH DEFENSE

Plaintiff did not timely file her lawsuit in accordance with Title VII of the Civil Rights Act.

### TENTH DEFENSE

Any actions taken by defendant with respect to plaintiff were for good cause and were based on reasonable factors.

.               ### ELEVENTH DEFENSE

Plaintiffs may have failed to mitigate any damages they may have incurred.

### TWELFTH DEFENSE

Defendant reserves the right to rely on any other defenses which may become available through further investigation or discovery, as well as the right to delete any defenses previously raised herein, or to amend any responses to demonstrated that there is no such basis for said defense or response to such allegations.

WHEREFORE, the Defendant prays that this action be dismissed with prejudice against them and that they be awarded costs and attorneys fees as well as any other relief this Court deems appropriate.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General, for the,
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


  /s/Toni Michelle Jackson
TONI MICHELLE JACKSON (453765)
Acting Chief, Civil Litigation Division
441 Fourth Street, N.W., Suite 6S014
Washington, D.C. 20001
(202) 724-6602


        /s/Ronald W. Gill, Esq.
RONALD W. GILL, ESQ.(975414)
Assistant Attorney General
Civil Litigation Division, Section III
441 4th Street N.W., 6th floor South
Washington, D.C. 20001
Direct Line: (202) 741-0760
E-mail: ronaldw.gill@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the was mailed, postage prepaid, this 11TH day of April, 2008

to:   Donna Williams Rucker, Esq.
      Duboff & Associates, Chartered
      8401 Colesville Road, Suite 501
      Silver Spring, Maryland 20910
      (301) 495-3131    Office
      (301) 587-1872    Facsimile


                         /s/Ronald W. Gill, Esq._____
                         RONALD W. GILL, ESQ. (975414)
                         Assistant Attorney General