REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: H

| CAUSE OF ACTION: | EMPLOYMENT DISCRIMINATION | | | |
|---|---|---|---|---|
| CASE NO: <br> CA 06-2118 | DATE REFERRED: <br> 6/16/2008 <br><br> DISPOSITION DATE: | PURPOSE: <br> SETTLEMENT CONFERENCE | JUDGE: <br> RICARDO M. URBINA | MAG. JUDGE <br> JOHN M. FACCIOLA |
| PLAINTIFF(S): <br> ANTHONY BOUKNIGHT | | DEFENDANT(S): <br> D.C. FIRE AND EMS DEPARTMENT, ET AL. | | |
| ENTRIES: <br> CASE REFERRED TO MAGISTRATE JUDGE FACCIOLA FOR SETTLEMENT CONFERENCE TO BE HELD ON 10/9/2008 AT 2:00 P.M. | | | | |